IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ERIC DEUTSCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | Case no: 1:12-cv-02758-WSD-GGB |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Eric Deutsch, and Defendant, NCO Financial Systems, Inc. ("NCO"), hereby jointly stipulate to the dismissal with prejudice of the within action against NCO, with each side to bear its own fees and costs.

Dated: October 30, 2012.

Respectfully submitted,

/s/ Justin T. Holcombe, Esq.
Justin T. Holcombe, Esq.
Skaar & Feagle, LLP
P.O. Box 1478
331 Washington, Ave.
Marietta, GA  30061-1478
Telephone: (770) 427-5600
Attorney for Plaintiff,
Eric Deutsch

/s/ Wendi E. Fassbender, Esq.
Wendi E. Fassbender, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
14 Coopers Glen Drive SW
Mableton, GA  30126-2584
Telephone: (678) 574-2396
Attorney for Defendant
NCO Financial Systems, Inc.

1

## CERTIFICATE OF SERVICE

I certify that on this 30th day of October 2012, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically in the ECF system. Notice of this filing will be sent to all parties, listed below, by operation of the Court's electronic filing system.

Justin T. Holcombe, Esq.
Skaar & Feagle, LLP
P.O. Box 1478
331 Washington, Ave.
Marietta, GA 30061-1478

/s/ Wendi E. Fassbender, Esq.
Wendi Fassbender, Esq.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and thus satisfies the font size requirements of this Court.

/s/ Wendi E. Fassbender, Esq.
Wendi E. Fassbender, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
Attorneys for Defendant,
NCO Financial Systems, Inc.

2